UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EAGLES LANDING DAYCARE & LEARNING CENTER,<br><br>                    Plaintiff,<br><br>vs.<br><br>SPARTA INSURANCE COMPANY,<br><br>                    Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-465-TWT |

# J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of Defendant's Motion to Enforce Appraisal Award, and the court having granted said motion, it is

**Ordered and Adjudged** that this action is hereby **dismissed**.

Dated at Atlanta, Georgia, this 6th day of April, 2015.

JAMES N. HATTEN
CLERK OF COURT

By:  s/D.Richardson
     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  April 6, 2015
James N. Hatten
Clerk of Court

By: s/D.Richardson
        Deputy Clerk